**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4332-GW-SPx | Date | October 12, 2021 |
|---|---|---|---|
| Title | *Steven Hirsch v. The Korea Times Los Angeles, Inc.* | | |

Present: The Honorable  **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On September 28, 2021, an Order to Show Cause for Lack of Prosecution was issued. Plaintiff was given until October 8, 2021 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer    JG